UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITIZENS FOR CLEAN AIR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GINA MCCARTHY, *et al.*, <br><br> Defendants. | CASE NO. C16-0857-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for the motion for costs of litigation (Dkt. No. 38). The Court, finding good cause, GRANTS the motion. The deadline for the motion for costs of litigation is now December 5, 2017.

DATED this 2nd day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
